**Opinion issued December 5, 2017**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-17-00299-CV

———————————

**CROSS GROUP, INC., Appellant**

**V.**

**PROSERV OPERATIONS, INC., Appellee**

---

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-67577**

---

### MEMORANDUM OPINION

The parties have filed an agreed motion to dismiss the appeal. *See* TEX. R. APP. P. 10.3(a)(2), 42.1(a)(1). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Bland.